ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
California Bar Number 229637
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2729
    Facsimile: (213) 894-0115
    E-mail: Valerie.makarewicz@usdoj.gov
Attorneys for United States of America

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNIVOZ, INC., et al.,<br><br>　　　　　　Defendants. | No. CV 12- 4437 FMO (RZx)<br><br>ORDER GRANTING STIPULATION RE: SETTLEMENT OF CASE, VACATE DATES SET BY COURT, AND TO PLACE CASE ON INACTIVE STATUS |

　　　　Pursuant to the "STIPULATION RE: SETTLEMENT OF CASE, VACATE DATES SET BY COURT, AND TO PLACE CASE ON INACTIVE STATUS" filed by the parties, and for good cause appearing therein, IT IS HEREBY ORDERED:

　　　　1.　　The parties have reached a settlement in this matter which has been accepted by the Department of Justice, Tax Division.

　　　　2.　　Defendants will be making monthly payments to plaintiff over a six-month period, with payment due on the 15th day of each month, but no later than the 20th of each month. The first payment by defendants will be due to plaintiff on June 15, 2013 and the last payment will be

       due on November 15, 2013 (excluding the 5-day grace period as enumerated in the preceding sentence).

3. Concurrently, the parties have executed a "Stipulation to Dismiss Case Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)" and "Stipulation for Entry of Judgment."

4. In the event that the terms of the settlement are fully complied with by defendants by November 15, 2013 (or by November 20, 2013, including the 5-day grace period enumerated in paragraph 2, above), the parties will thereafter file the "Stipulation to Dismiss Case Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)," which will resolve the entire case before the Court.

5. In the event that the terms of the settlement are not fully complied with and defendants breach the settlement agreement, the United States of America will file the "Stipulation for Entry of Judgment" which will resolve the entire case before the Court, along with a proposed Order for the Court to enter the Judgment agreed to by the parties in the "Stipulation for Entry of Judgment."

///

///

///

6.     The Court's scheduling order filed on December 10, 2012 is hereby vacated and this case is placed on inactive status with the Court.

**IT IS SO ORDERED.**

Dated: May 20, 2013

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division


_____
VALERIE L. MAKAREWICZ
Assistant United States Attorney
Attorneys for United States of America